

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  PM 2:59

LORETTA G. WHYTE
CLERK

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 04-160 |
| v. | * | SECTION: "L" |
| LATICIA LEWIS | * | |
| | * * * | |

**O R D E R**

Having considered the motion of the United States to dismiss and the reasons set forth therein,

**IT IS HEREBY ORDERED** that the following described property:

> Property currently recorded in the name of Laticia Lewis, and described as follows: One certain track or parcel of ground, together with all the buildings and improvements thereon, situated in Section 24, Township 6 South, Range 6 East, being Lot Twenty-Four (24) Kellie Estates and being more fully described as beginning at a point 57.64 feet North 89 deg. 49 min. 53 sec. East, 3212.10 feet South, 720.19 feet North 89 deg. 17 min. 00 sec. East, 409.12 feet South, 532.36 feet North 89 deg. 17 min. 00 sec. East and 913.09 feet South on the quarter corner of the North line of Section 24, T6S, R6E; thence along the west right of way of a street South 235.06 feet to the center line of a street; thence along said centerline South 89 deg. 36 min. 00

sec. West 208.72 feet; thence North 236.52 feet; thence East 208.71 feet to the point of beginning, containing 1.130 acres, all in accordance with a plat by Wallace L. Adams, Reg. Land Surveyor, dated March 7, 1979. The improvements thereon bear the Municipal Number: 10677 Kellie Drive, Hammond, Louisiana;

be **DISMISSED** from the Superseding the Bill of Particulars.

New Orleans, Louisiana this _10_ day of December, 2005.

UNITED STATES DISTRICT JUDGE

-2-